UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

| | |
|---|---|
| *Jeri Atkinson, et al. v. Bayer Corporation, et al.* | No. 12-cv-10694-DRH |
| *Brenda Ellyson v. Bayer Corporation, et al.* | No. 09-cv-20019-DRH |
| *Brenda Dumont, et al. v. Bayer Corporation, et al.* | No. 11-cv-13412-DRH |
| *Noemi Maldonado, et al. v. Bayer Corporation, et al.* | No. 10-cv-13873-DRH |
| *Morgan McHale v. Bayer Corporation, et al.* | No. 11-cv-10279-DRH |
| *Melinda Schwamb, et al. v. Bayer Corporation, et al.* | No. 11-cv-11082-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 7, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> NANCY J. ROSENSTENGEL,
> **CLERK OF COURT**
>
> BY:   /s/*Sara Jennings*
>       **Deputy Clerk**

Dated: November 12, 2013

Digitally signed by David R. Herndon
Date: 2013.11.12 11:46:33 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT